**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Kent Edward CONSHAFTER, Respondent.**

**No. 216 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 15, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated May 21, 1997, it is hereby

ORDERED that KENT EDWARD CONSHAFTER be and he is DISBARRED from the Bar of this Commonwealth, retroactive to July 1, 1996, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.